## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In the matter of | Case No. **09-14613** |
| **THOMAS HAMMONS** | |
| **PATRICIA HAMMONS** | Chapter 7 |
| Debtor(s) | Judge **J. Vincent Aug** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$6.86 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| CITY OF CINCINNATI<br>801 Plum Street<br>Room 214<br>Attn:  Tom Beridon<br>Cincinnati, OH 45202 | 2 | $2.15 |
| OFFICE OF U.S. TRUSTEE<br>36 E. Seventh Street<br>Suite 2030<br>Cincinnati, OH 45202 | 4 | $1.27 |
| GREATER CINTI WATER WORKS<br>Attn:  Bankruptcy Desk<br>4747 Spring Grove Avenue<br>Cincinnati, OH 45232 | 6 | $0.34 |
| GREATER CINTI WATER WORKS<br>Attn:  Bankruptcy Desk<br>4747 Spring Grove Avenue<br>Cincinnati, OH 45232 | 10 | $0.15 |

INTERNAL REVENUE SERVICE
PO Box 21126                                23                    $2.95
Philadelphia, PA 19114

| | |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $6.86 |
| Total Unclaimed Dividends Over $25.00 | $0.00 |

Dated:     6/1/2011                          /s/ GEORGE LEICHT

_____

George Leicht

cc: U.S. Trustee